IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIS RE INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 16-213 |
| PETER C. HEARN, *et al.* | : | |

## ORDER

AND NOW, this 3rd day of August 2016, upon consideration of Defendant's Motion for Summary Judgment (ECF Doc. No. 29), Plaintiff's Opposition (ECF Doc. No. 36, 37), Defendant's Reply (ECF Doc. No. 41), our June 24, 2016 Order to Show Cause (ECF Doc. No. 43), Defendant's Response to our Rule to Show Cause (ECF Doc. No. 48), Plaintiff's Response to the Rule to Show Cause (ECF Doc. No. 49), Defendant's Reply (ECF Doc. No. 50), for reasons in the accompanying Memorandum and finding no genuine issues of material fact, it is **ORDERED:**

1. Defendant's Motion for Summary Judgment (ECF Doc. No. 29) is **DENIED** as to Plaintiff's breach of contract claim but **GRANTED** as to Plaintiff's conversion and unjust enrichment claims; and,

2. Plaintiff's Cross-Motion for Summary Judgment (ECF Doc. No. 49) is **GRANTED** as to its Breach of Contract claim.

KEARNEY, J.